| | |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION | *    IN THE |
| | *    SUPREME COURT |
| | *    OF MARYLAND |
| v. | *    AG No. 35 |
| | *    September Term, 2024 |
| PAUL GERARD WERSANT | * |
| | * |

## O R D E R

Upon consideration of the petition for disciplinary or remedial action and request for immediate suspension[1] filed by Petitioner, it is this 21st day of February 2025, by the Supreme Court of Maryland,

ORDERED that, pursuant to Rule 19-737(d)(A), the Respondent, Paul Gerard Wersant, is immediately suspended from the practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Paul Gerard Wersant from the register of attorneys in this Court and shall send notice of this Order to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk



　　/s/ Matthew J. Fader　
　　　　Chief Justice

---

[1] The Court notes that the PDRA does not request corresponding discipline. If the Attorney Grievance Commission is seeking corresponding discipline, Bar Counsel should file a separate request for the imposition of such discipline. Given the nature of the discipline imposed by the other jurisdiction, the separate request should also identify the specific form of corresponding discipline sought, including the start date for any suspension and any specific requirements for reinstement.